UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| WATCHFIRE SIGNS, LLC ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 16-cv-2176 |
| ) | Hon. Harold A. Baker |
| WILLIAM THOMAS BOGARD, ) | |
| DIGITAL OUTDOOR, LLC d/b/a ) | |
| LIGHTKING OUTDOOR, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW AS COUNSEL**

The undersigned counsel respectfully requests this Court grant Bellows and Bellows P.C., including Joel Bellows and Schuyler Geller, and The Bellows Law Group, including Rachel Tidwell-Neal, leave to withdraw their appearances as attorneys of record for Defendants in this matter. In support of this motion, counsel state as follows:

1. Defendants Tommy Bogard and Digital Outdoor, LLC d/b/a Lightking Outdoor retained Heyl, Royster, Voelker & Allen to represent them in this action going forward.

2. Counsel from Heyl, Royster, Voelker & Allen filed their appearances in this matter on July 28, 2016. (Dkts. 14 and 15)

3. Accordingly, undersigned counsel requests this Court grant leave to permit them to withdraw their appearances in this matter.

4. Movant's withdrawal will not cause any prejudice or delay in this matter.

WHEREFORE, the undersigned counsel, Bellows and Bellows P.C. and The Bellows Law Group, P.C. request that the Court enter an order permitting counsel to withdraw their appearance.

1

        Respectfully submitted,

        /s/ Joel Bellows
        Joel Bellows

Joel Bellows
Schuyler D. Geller
Bellows and Bellows, P.C.
The Rookery Building
209 South LaSalle Street, Suite 800
Chicago, Illinois 60604
312-332-3340
312-332-1190 (facsimile)

Laurel Bellows
Rachel Tidwell-Neal
The Bellows Law Group, P.C.
The Rookery Building
209 South LaSalle Street, Suite 800
Chicago, Illinois 60604
312-332-3340
312-332-1190 (facsimile)

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of Motion to Withdraw as Counsel was filed via the Court's ECF system on July 28, 2016, which will provide notice to the following counsel of record:

William Gantz
Anthony Eliseuson
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
**Attorneys for Plaintiff Watchfire Signs, LLC**

John D. Flodstrom
Daniel Wurl
HEYL, ROYSTER, VOELKER & ALLEN
Suite 300, 102 East Main Street
P.O. Box 129
Urbana, IL  61803-0129
**Attorneys for Defendants Tommy Bogard and Digital Outdoor, LLC**

                                                         Respectfully submitted,

                                                         /s/ Joel Bellows
                                                         Joel Bellows

Joel Bellows
Schuyler D. Geller
Bellows and Bellows, P.C.
The Rookery Building
209 South LaSalle Street, Suite 800
Chicago, Illinois 60604
312-332-3340
312-332-1190 (facsimile)

Laurel Bellows
Rachel Tidwell-Neal
The Bellows Law Group, P.C.
The Rookery Building
209 South LaSalle Street, Suite 800
Chicago, Illinois 60604
312-332-3340
312-332-1190 (facsimile)